**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **KAYLA REED**, an individual, | ) | Case No. 1:17-cv-06495 |
| | ) | |
| Plaintiff, | ) | **JUDGE THOMAS DURKIN** |
| vs. | ) | |
| | ) | **MAGISTRATE SHEILA** |
| **KMART CORPORATION** | ) | **FINNEGAN** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kayla Reed and Defendant Kmart Corporation, by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, with each party to bear its own costs and attorneys' fees.

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Rusty A. Payton* | */s/ Kevin Friz, Esq.* |
| Rusty A. Payton | Kevin Friz, Esq. |
| Marc E. Dann | Seyfarth Shaw LLP |
| DANNLAW | 233 S. Wacker Drive, Suite 8000 |
| 115 S. LaSalle Street, Suite 2600 | Chicago, IL 60606 |
| Chicago, IL 60603 | Phone: 312-460-5583 |
| notices@dannlaw.com | Fax: 312-460-7586 |
| DisabilityNotices@dannlaw.com | kfritz@seyfarth.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Dated: October 30, 2017 | Dated: October 30, 2017 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2017, I filed the foregoing document via the court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified below via Notice of Electronic Filing generated by CM/ECF.

/s/ *Rusty A. Payton*
Rusty A. Payton