# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Kayla Reed

                    Plaintiff,

v.                                       Case No.: 1:17–cv–06495
                                                    Honorable Thomas M. Durkin

Kmart Corporation

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 30, 2017:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to stipulation, this action is hereby dismissed with prejudice with each side to bear its own costs and fees. The 11/21/2017 status hearing is vacated. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.